UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. WILLIAMS; WILLIAMS, SCOTT
& ASSOCIATES LLC; WSA LLC,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

19-CV-8736 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge